# Court of Appeals
# of the State of Georgia

ATLANTA, March 13, 2013

*The Court of Appeals hereby passes the following order*

## A13D0240. DEKALB COUNTY, GEORGIA FIRE RESCUE DEPARTMENT v. KENNETH IVEY.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

09CV9326



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, March 13, 2013.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*